**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 27, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-01100-CV

### IN RE GLADYS CRUZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-38675**

---

## MEMORANDUM OPINION

On December 28, 2018, relator Gladys Cruz filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to vacate his

September 21, 2018 Temporary Orders in a Suit to Modify Parent-Child Relationship.

On August 14, 2019, relator filed a motion stating that the trial court issued orders resolving the issues as presented in her petition for writ of mandamus, and asks this court to dismiss her petition.

We GRANT the motion and DISMISS relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.